1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN DUNCAN,<br><br>        Plaintiff,<br><br>   v.<br><br>ALLERGAN, INC.; ALLERGAN USA, INC.; and ALLERGAN PLC,<br><br>        Defendants. | Case No. 2:18-cv-08047-FMO-E<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

The Court has received and considered Plaintiff Eric Duncan and Defendant Allergan USA, Inc.'s (collectively, the "Parties") Stipulated Protective Order. Pursuant to the parties' stipulation and for good cause shown, IT IS ORDERED that the Parties' Stipulated Protective Order is approved and shall be the Order of the Court.

**IT IS SO ORDERED.**

DATED: 11/30/18

By: /s/
Honorable Charles F. Eick
UNITED STATES MAGISTRATE JUDGE